United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DENISE WILLIAMS CUMBO, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05565 |
| | § | |
| AMAZON.COM, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER

Pending before this Court is Plaintiff Denise Williams Cumbo's ("Plaintiff") Motion to Remand to State Court. (Doc. No. 19). No parties have filed a response. On November 19, 2025, Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively referred to as "the Amazon Defendants") removed this case from the 164th Judicial District Court of Harris County, Texas on the basis of diversity jurisdiction. (Doc. No. 1). On March 18, 2026, Plaintiff filed an Amended Complaint joining Defendant Citizen Global Logistics, Inc. ("Citizen Global"), which is allegedly a citizen of Texas. *See* (Doc. No. 19). Plaintiff therefore filed a Motion to Remand this case back to state court, arguing that the joinder of Citizen Global destroys diversity. Nevertheless, Plaintiff has not filed any evidence before this Court that Citizen Global has been properly served under the Federal Rules of Civil Procedure. Citizen Global has also not otherwise appeared in this lawsuit. Accordingly, Citizen Global is not a party to the lawsuit. *See Imperial ED Promotions, L.L.C. v. Pacquiao*, 549 Fed. App'x 295, 297 (5th Cir. 2023).

Given that Citizen Global is not a party to the lawsuit and therefore has not destroyed diversity jurisdiction, the Court denies without prejudice Plaintiff's Motion to Remand (Doc. No. 19). Additionally, the Court orders Plaintiff to effectuate service on Citizen Global by **September**

**15, 2026** in accordance with Federal Rule of Civil Procedure 4. If Plaintiff fails to serve Citizen Global by this deadline, the Court will dismiss the claims against Citizen Global without prejudice.

Signed on this the 11th day of August 2026.

Andrew S. Hanen
United States District Judge